UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICARDO G. COOPER,

    Plaintiff,

                                                                       Case No. 22-cv-12921

v.                                                                 Hon. Matthew F. Leitman

DIANNE M. CANTERBURY-MILLER, *et al.*,

    Defendant.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

This is a prisoner civil rights action brought pursuant to 42 U.S.C. § 1983 for alleged Eighth Amendment violations.  Plaintiff Ricardo G. Cooper has stopped making contact with the Court and his appointed counsel has been unable to make contact with him.  Therefore, for the reasons discussed on the record during status conferences on February 21, 2025 and March 21, 2025, the Court will **DISMISS** this action without prejudice based upon a failure to participate and a failure to prosecute.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                        MATTHEW F. LEITMAN
                                                        UNITED STATES DISTRICT JUDGE

Dated:  March 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126